OPINION — AG — ** DEPARTMENT OF HEALTH — AUTHORITY — RULES AND REGULATIONS ** THE STATE BOARD OF HEALTH HAS AUTHORITY TO " CREATE THE MEDICAL STAFF OF THE OKLAHOMA GENERAL HOSPITAL AND ESTABLISH POLICIES GOVERNING MEDICAL SERVICES IN THE INSTITUTION ", AND MAY " MAKE, AMEND OR RESCIND MEDICAL POLICIES FOR THE INSTITUTION CONTRARY TO THE WISHES OF THE MEDICAL STAFF. " (RULES AND REGULATIONS, OPERATION OF HOSPITAL, ADMINISTRATION) CITE: 63 O.S. 4 [63-4] (J. H. JOHNSON)